Cases will be called in the order listed on the docket. The first case, Muradyan v. Whitaker, the panel has decided to submit this case on the briefs because there is no counsel here for the petitioners and we have declined the request for continuance. That case is submitted on the briefs. Thank you, counsel, for appearing. We apologize for the inconvenience.
judges: Rawlinson, Bea, Bastian